**GENERAL REINSURANCE CORPORATION**
Financial Centre, P.O. Box 10350, 695 East Main Street,
Stamford, Connecticut 06904-2350
(Referred to as The "Insurer")
Excess Insurance Policy For Self-Insurer Of
Workers Compensation and Employers Liability
**INFORMATION PAGE**

Policy No. XD-123

1. Insured: Montana Municipal Insurance Authority
2. Mailing Address: P.O. Box 1704
   Helena, Montana 59624

3. Effective Date of Policy: July 1, 1992

4. Cancellation Notice: 30 Days Written Notice, Subject to Part Seven - Conditions, Paragraph L

5. a. Workers Compensation Insurance: Part One of the policy applies to the Insured's obligations under the Workers Compensation Law of the States listed here:
     Montana
   b. Employers Liability Insurance: Part Two of the policy applies to the Insured's obligations in each State listed in Item 5a.
   c. Other States Insurance: Part Three of the policy applies to the Insured's obligations in all other States, except those listed here:

6. Insured's Retention for each accident or each employee for disease  $ 750,000

7. Insurer's Limit of Indemnity for each accident or each employee for disease:
   a. For Workers Compensation Insurance                                        $ 5,000,000
   b. For Employers Liability Insurance                                         $ 1,000,000
   c. For Workers Compensation and Employers Liability Insurance Combined       $ 5,000,000

8. The premium for this policy will be determined on the basis of the information shown below, subject to verification and change by audit:

| Total Estimated Annual Remuneration | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|
| $ 83,496,017 | $ .064 | $ 53,200 |
| Total Estimated Annual Premium | | $ 53,200 |
| Advance Premium for this Policy | | $ 53,200 |
| Minimum Annual Premium | | $ 53,200 |
| Interim Policy Adjustment Period | | Annual |

Signed at Stamford, Connecticut, this 29th day of July, 1992

GENERAL REINSURANCE CORPORATION

Authorized Signature

SI-EP-02 (6/84 Rev. 2/85)

EXHIBIT B