

G. ANDREW ADAMEK
CHAD E. ADAMS
DANIEL J. AUERBACH
KIMBERLY A. BEATTY
TROY L. BENTSON
SARA S. BERG
LEO BERRY
LAURA K. BUCHHOLTZ
CARLO J. CANTY
ABBIE N. CZIOK
MARK D. ETCHART
STEVE J. FITZPATRICK
OLIVER H. GOE
J. DANIEL HOVEN

JUDD M. JENSEN
KASEY R. KIMBALL
CATHERINE A. LAUGHNER
CHRISTY SURR McCANN
MICHAEL L. RAUSCH
BRIAN P. THOMPSON
EVAN M. THOMPSON
W. JOHN TIETZ
STEVEN T. WADE
LEO S. WARD
MORGAN M. WEBER
R. STEPHEN BROWNING (1940-2018)
STANLEY T. KALECZYC : Of Counsel

**Mailing Address**
POST OFFICE BOX 1697
HELENA, MONTANA 59624-1697
TELEPHONE (406) 443-6820
bkbh@bkbh.com

**Street Address**
800 N. LAST CHANCE GULCH, #101
HELENA, MONTANA 59601-3351
TELEFAX (406) 443-6883
www.bkbh.com

September 23, 2020

Ms. Erika Snow
Assistant Vice President
Claims Division
Genesis Management and Insurance Services
P.O. Box 1215
Stamford, CT 06904
GENESISWCCLAIMS@gumc.com

    Insured: Montana Municipal Insurance Authority (MMIA)
    Employer: City of Fort Benton ("Fort Benton")
    Employee: Michael Skogen
    Reported Date of Injury: 7/23/1993
    Genesis Reference Number: 2086198

Dear Ms. Snow:

    I have never received a response to my letter of March 12, 2020 regarding the above-referenced matter. A copy of my letter is provided herewith. Since I last wrote, GRC's obligations to the MMIA has risen from $328,853.98 to $346,594.51.

    Relevant medical records and bills received since I last wrote you are attached.

    The MMIA has been contacted by Mr. Skogen's attorney hoping to settle the claim in its entirety. We believe such a resolution may be in the best interests of the MMIA and GRC.

    The MMIA would like the opportunity to discuss GRC's outstanding obligations to the MMIA as well as a settlement with Claimant. Time is of the essence considering the amount of GRC's indebtedness to the MMIA.

2294265/2170

**EXHIBIT G**

RE: MMIA Regarding Michael Skogen
September 23, 2020
Page 2

The MMIA would appreciate the courtesy of a quick response.

Sincerely,

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By _____
Oliver H. Goe

Encs.
cc:     Ann Komac, MMIA

2294265/2170.300.0382