Oliver H. Goe
Morgan M. Weber
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Ste. 101
P.O. Box 1697
Helena, MT 59624
Telephone: (406) 443-6820
Facsimile: (406) 443-6882
oliver@bkbh.com
morgan@bkbh.com

*Attorneys for Montana Municipal Interlocal Authority*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA MUNICIPAL INTERLOCAL AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS MANAGEMENT AND INSURANCE SERVICES,<br><br>Defendants. | Case No. CV-22-03-GF-BMM-JTJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLAINTIFF Montana Municipal Interlocal Authority ("MMIA") hereby provides notice of the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)

without prejudice. Defendant Genesis Management and Insurance Services has not been served and has not filed an appearance.

DATED this 13th day of April, 2022.

                BROWNING, KALECZYC, BERRY & HOVEN, P.C.

                By /s/ *Morgan M. Weber*
                    Oliver H. Goe
                    Morgan M. Weber

                *Attorneys for the Montana Municipal Interlocal Authority*